Per Curiam.

A writ of mandamus will not issue to compel the observance of law generally, but will be *189 confined to commanding the performance of specific acts specially enjoined by law to be performed. Cullen, Vice Mayor, v. State, ex rel. City of Toledo, 105 Ohio St., 545, 138 N. E., 58; State, ex rel. Stanley, v. Cook, Supt. of Banks, 146 Ohio St., 348, 66 N. E. (2d), 207; State, ex rel. Foster, v. Miller et al., Tax Comm., 136 Ohio St., 295, 25 N. E. (2d), 686.

Judgment affirmed.

Weygandt, C. J., Zimmerman, Stewart, Middleton, Taft, Matthias and Hart, JJ., concur.